RECEIVED
OCT 26 2000
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Mary McCardle,

Plaintiff

vs.

The St. Paul Companies, Inc. Employee Benefit Plan,

Defendant

Civil No. 00-1447 ADM/AJB

**JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF THE ST. PAUL COMPANIES, INC. EMPLOYEE BENEFIT PLAN AND JOINDER OF UNUM LIFE INSURANCE COMPANY OF AMERICA AS A DEFENDANT**

**WHEREAS**, Plaintiff Mary McCardle ("McCardle") brought this action against Defendant The St. Paul Companies, Inc. Employee Benefit Plan ("Employee Benefit Plan") seeking additional benefits under the long-term disability plan available to eligible employees;

**WHEREAS**, the parties agree that the long-term disability plan available to eligible employees through the Employee Benefit Plan is fully insured and administered by UNUM Life Insurance Company of America ("UNUM");

**WHEREAS,** UNUM has agreed that it is a proper party defendant in this matter, has agreed to defend McCardle's action for long-term disability benefits and, to the extent McCardle is awarded damages in this action, has agreed to satisfy any judgment for benefits entered in this matter; and

**WHEREAS,** McCardle will agree to this Stipulation only if the parties agree that the statute of limitations is tolled with respect to the Employee Benefit Plan while this action is pending in the event the Court determines that the Employee Benefit Plan is a proper party defendant and should be a named Defendant.

FILED OCT 30 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**NOW THEREFORE**, in consideration of the foregoing, the parties, through counsel, hereby stipulate and agree to the following:

1. Defendant The St. Paul Companies, Inc.'s Employee Benefit Plan is dismissed from this action without prejudice; and

2. UNUM Life Insurance Company of America ("UNUM") is substituted as a defendant in the above captioned matter. Plaintiff shall have 30 days to amend the complaint and complete service upon UNUM.

3. The statute of limitations is tolled with respect to the Employee Benefit Plan during the pendency of this action.

Dated: October 18, 2000

**MANSFIELD TANICK & COHEN, P.A.**

By ______________________
Marshall H. Tanick (#108303)
Denise Yegge Tataryn (#179127)
1560 International Centre
900 Second Avenue South
Minneapolis, Minnesota 55402-3383
Telephone: (612) 339-4295

**ATTORNEYS FOR PLAINTIFF MARY MCCARDLE**

Dated: October 26 2000

**LITTLER MENDELSON, P.C.**

By ______________________
Marko J. Mrkonich (#125660)
Jeremy D. Sosna (#0290233)
Multifoods tower, Suite 3110
33 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 630-1000

**ATTORNEYS FOR THE ST. PAUL COMPANIES, INC.'S EMPLOYEE BENEFIT PLAN**

Dated: October 21, 2000

**KRASS MONROE, P.C.**

By ______________________
John Harper, III (#41397)
Southpoint Center, Suite 1100
1650 West 82nd Street
Bloomington, Minnesota 55431-1447
Telephone: (952) 885-5999

**ATTORNEY FOR UNUM LIFE INSURANCE COMPANY OF AMERICA**

**IT IS SO ORDERED.**

10/30/00

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT