**ORIGINAL**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mary E. McCardle,

Plaintiff,

v.

UNUM Life Insurance Company of America,

Defendant.

Court File No. 00-1447 ADM/AJB

STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER

**IT IS HEREBY STIPULATED AND AGREED TO** by and between the parties to this action, through their respective counsel, that all claims and causes of action asserted by any of the parties to this lawsuit may be dismissed with prejudice and without costs to any party and without further notice.

Dated: 12/21, 2001.

Denise Yegge Tatryn, #179127
Mansfield Tanick & Cohen, P.A.
1560 International Centre
900 Second Avenue South
Minneapolis, MN 55402
Attorney for Plaintiff

Dated: 12/18, 2001.

John Harper III, #41397
Terrance J. Wagener, #213676
Krass Monroe, P.A.
Southpoint Office Center, Suite 1100
1650 West 82nd Street
Bloomington, MN 55431
Attorney for Defendants

JAN 3 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Based upon the foregoing Stipulation,

**IT IS HEREBY ORDERED** that all claims and causes of action asserted by any of the parties to this lawsuit may be dismissed with prejudice and without costs to any party and without further notice.

Dated this 3rd day of January, 2002.

BY THE COURT:

The Honorable Ann D. Montgomery
Judge of U.S. District Court

G:\WPDATA\U\UNUMPROVIDENT\21-MCCARDLE\PLDGS\STIPULATION OF DISMISSAL W PREJUDICE.DOC